IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RASHONDA D. GOOCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 3:09-0891 |
| v. | ) | Judge Trauger |
| | ) | Magistrate Judge Bryant |
| USHER RAYMOND, IV, LAFACE RECORDS, | ) | |
| ZOMBA LABEL GROUP, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

On November 9, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 59), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff is granted an additional sixty (60) days within which to properly serve defendants Usher Raymond, IV and Jermaine Dupri Mauldin. Should she not successfully obtain service of process upon either or both of these defendants within the extended period, which shall terminate on January 31, 2011, the Motions to Dismiss filed by these two defendants, based upon insufficient service of process (Docket Nos. 29, 39), will be granted, and these defendants will be dismissed from this case.

It is so **ORDERED.**

Enter this 30th day of November 2010.

_____
ALETA A. TRAUGER
U.S. District Judge