**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **RASHONDA D. GOOCH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:09-cv-0891** |
| | ) | **Judge Trauger** |
| **USHER RAYMOND, IV,** | ) | **Magistrate Judge Bryant** |
| **LAFACE RECORDS, ZOMBA** | ) | |
| **LABEL GROUP, JERMAINE DUPRI** | ) | |
| **MAULDIN, BRYAN MICHAEL COX,** | ) | |
| **and SO SO DEF RECORDINGS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANTS' MOTION FOR ADDITIONAL TIME TO
SERVE RESPONSES TO PLAINTIFF'S INTERROGATORIES**

Pursuant to Federal Rule of Civil Procedure 6, Defendants Usher Raymond, IV, LaFace Records LLC (incorrectly named as "LaFace Records"), Zomba Recording LLC (incorrectly named as "Zomba Label Group"), Bryan-Michael Cox and So So Def Recordings, Inc. (incorrectly named as "So So Def Recordings") respectfully request the Court to grant additional time for Defendants to serve responses to Plaintiff's First Set of Interrogatories.

As grounds for this motion, Defendants would show the Court that the general press of business has necessitated Defendants' making this request. This is Defendants' first request for additional time to respond to discovery, and no prejudice will result to any party if the request is granted.

Defendants would further show the Court that Defendants requested from Plaintiff additional time to serve discovery responses. Plaintiff appeared on June 14, 2011 for her deposition at 9:00 a.m. Plaintiff advised counsel for Defendants shortly thereafter that she needed to leave the deposition by 10:30 a.m. The parties agreed to close the June 14 deposition

at 10:30 a.m. and to reconvene for the remainder of Plaintiff's deposition on June 21, 2011. In addition, Plaintiff testified that she may have additional documents responsive to Defendants' discovery requests. Counsel for Defendants asked Plaintiff and she agreed to bring those documents when she returns on June 21, 2011. Counsel for Defendants asked Plaintiff at that time if she would consent to an additional two weeks, until June 28, 2011, for Defendants to respond to her written discovery requests. Plaintiff declined and stated that she preferred that Defendants seek the Court's permission.

Defendants do not interpose this motion for the purpose of delay.

WHEREFORE, Defendants respectfully request that the Court enlarge the period of time within which they must respond to Plaintiff's First Set of Interrogatories from June 14, 2011 through June 28, 2011, or some shorter period as the Court may select.

s/ Timothy L. Warnock
Timothy L. Warnock
Elizabeth O. Gonser
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700 – telephone
(615) 320-3737 – facsimile
twarnock@rwjplc.com
egonser@rwjplc.com

Attorneys for Defendants
Usher Raymond, IV,
LaFace Records LLC,
Zomba Recording LLC,
Jermaine Dupri Mauldin,
Bryan-Michael Cox and
So So Def Recordings, Inc.