IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **RASHONDA D. GOOCH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 3:09-cv-0891 |
| ) | Judge Trauger |
| **USHER RAYMOND, IV,** ) | Magistrate Judge Bryant |
| **LAFACE RECORDS, ZOMBA** ) | |
| **LABEL GROUP, JERMAINE DUPRI** ) | |
| **MAULDIN, BRYAN MICHAEL COX,** ) | |
| **and SO SO DEF RECORDINGS,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS' MOTION FOR LEAVE TO MANUALLY FILE EXHIBIT

Defendants Usher Raymond, IV, LaFace Records LLC ("LaFace") (incorrectly named as "LaFace Records"), Zomba Recording LLC ("Zomba") (incorrectly named as "Zomba Label Group"), Bryan-Michael Cox and So So Def Recordings, Inc. (incorrectly named as "So So Def Recordings") move this Court for leave to counter-file the audio-file marked as Exhibit 1 to the Deposition of Rashonda D. Moore f/k/a Rashonda D. Gooch.[1] Ms. Gooch's deposition and its exhibits are being filed in support of Defendants' Motion for Summary Judgment.

---

[1] The Court previously dismissed the claim(s) against Jermaine Dupri Mauldin. (Docket No. 97.)