# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| RASHONDA D. GOOCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 3:09-0891 |
| v. ) | Judge Trauger |
| ) | |
| USHER RAYMOND, IV, LAFACE RECORDS, ) | |
| ZOMBA LABEL GROUP, BRIAN MICHAEL ) | |
| COX, and SO SO DEF RECORDINGS, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Pursuant to this court's Order entered August 2, 2011 (Docket No. 133), it is hereby

**ORDERED** that the Motion to Dismiss filed by defendant So So Def Recordings, Inc. (Docket No. 81) is **DENIED**.

It is so **ORDERED.**

Enter this 25th day of August 2011.

_____
ALETA A. TRAUGER
U.S. District Judge